UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
PRICE, et al.,
                       Plaintiffs,

-against-

L'OREAL USA, INC., et al.,
                       Defendants.
------------------------------------------------------------X

17 Civ. 0614 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Defendants filed a letter motion for leave to file under seal one exhibit and to filed with redactions certain portions of the memoranda of law, statements of undisputed fact, and accompanying exhibits filed as part of the parties' cross-motions for summary judgment (Dkt. No. 253);

    WHEREAS, certain of the documents filed under seal were filed ex parte (Dkt. Nos. 264, 269, 270, 271)

    WHEREAS, pursuant to this Court's new electronic sealing system, any order granting a motion to seal includes a list of the names of all parties and attorneys who shall be granted access to the sealed documents. It is hereby

    ORDERED that, by **March 27, 2020**, Defendants shall file a letter in support of their letter motion to seal, attached to which Defendants shall provide a list of the parties and attorneys who should have access to the sealed filings. Defendants shall further explain, if applicable, why any of the sealed filings should be restricted to only certain parties.

Dated: March 24, 2020
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE