UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
              :
PRICE, et al.,                           :
             Plaintiffs,    :
              :        17 Civ. 0614 (LGS)
-against-                           :
              :        <u>ORDER</u>
L'OREAL USA, INC., et al.,           :
             Defendants.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on August 24, 2020, the Court denied Plaintiffs' motion for summary judgment (Dkt. No. 282);

    WHEREAS, on August 24, 2020, the Court granted Defendants' motion for summary judgment as to the New York breach of contract claim and otherwise denied Defendants' motion (Dkt. No. 282); it is hereby

    **ORDERED** that by **September 8, 2020**, the parties shall file a joint letter on ECF stating how they wish to proceed in this matter.

Dated: August 25, 2020
       New York, New York

                                          LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE