UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRANDI PRICE, et al.,
                              Plaintiffs,        17 Civ. 614 (LGS)

            -against-                       ORDER

L'OREAL USA, INC., et al.,
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, pursuant to the Court's Order at Docket No. 283, the parties filed a joint letter stating how they wish to proceed in this matter (Dkt. No. 284);

       WHEREAS, on October 2, 2020, the Court held a conference to discuss the parties' proposals, including Defendants' proposed motion for decertification and the parties' related *Daubert* motions; it is hereby

       **ORDERED** that, by **October 5, 2020**, the parties shall jointly file a letter proposing (i) a briefing schedule for Defendants' motion for decertification and any related Daubert motions and (ii) page limits for the parties' papers.

Dated: October 2, 2020
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**