UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
BRANDI PRICE, et al.,
:
Plaintiffs,   :   17 Civ. 614 (LGS)
:
-against-   :   ORDER
:
L'OREAL USA, INC., et al.,   :
Defendants.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 29, 2021, the Court issued an Order granting Defendants' motion to decertify the classes. It is hereby

**ORDERED** that, by **October 15, 2021**, the parties shall file a joint status letter proposing next steps.

Dated: October 8, 2021
New York, New York