UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDI PRICE, et al.,

                Plaintiffs,

-against-

L'OREAL USA, INC., et al.,

                Defendants.

17 Civ. 614 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 29, 2021, the Court issued an Order granting Defendants' motion to decertify the classes.

WHEREAS, on October 13, 2021, Plaintiffs filed a Motion for Reconsideration, or in the Alternative, Motion for Clarification. (Dkt. No. 320.) It is hereby

**ORDERED** that, by **October 27, 2021**, Defendants shall file any opposition to Docket No. 320.

Dated: October 14, 2021
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE