UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDI PRICE AND CHRISTINE CHADWICK, on behalf of themselves and all other similarly situated<br><br>*Plaintiffs,*<br><br>vs.<br><br>L'ORÉAL USA, INC. AND MATRIX ESSENTIALS LLC<br><br>*Defendants.* | Civil Action No.:<br><br>1:17-cv-614 (LGS)<br><br>**CONSENT JUDGMENT** |

Based upon the Stipulation between the parties, on the consent of Plaintiffs Brandi Price and Christine Chadwick ("Plaintiffs") and Defendants L'Oréal USA, Inc. and Matrix Essentials LLC ("L'Oréal"), it is hereby ORDERED:

1. This Consent Judgment is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

2. This Action shall be and is dismissed, with prejudice, in its entirety.

3. Each party shall bear its own attorney's fees, expenses, and costs.

APPROVED AND SO ORDERED:

Dated: June 28, 2022

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

CONSENTED AND AGREED TO BY:

        MILBERG COLEMAN PHILLIPS GROSSMAN, PLLC

        By:  /s/ Rachel Soffin

        Rachel Soffin
        800 S. Gay Street, Suite 1100
        Knoxville, Tennessee 37929

        *Attorneys for Plaintiffs Brandi Price and Christine Chadwick*

        PATTERSON BELKNAP WEBB & TYLER LLP

        By:  /s/ Joshua Kipnees

        Frederick B. Warder III
        Joshua Kipnees
        1133 Avenue of the Americas
        New York, NY 10036-6710

        *Attorneys for Defendants L'Oréal USA, Inc. and Matrix Essentials LLC*